UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREA URIAS, individually, and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>v.<br><br>LABCORP PERI-APPROVAL AND COMMERCIALIZATION INC., an unknown entity; COVANCE MARKET ACCESS SERVICES, INC., a corporation; COVANCE INC., a corporation; and DOES 1 through 10, inclusive,<br><br>         Defendants. | Case No.: 23-CV-1815 JLS (MSB)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW APPEARANCE OF COUNSEL**<br><br>(ECF No. 17) |

  Presently before the Court is the Motion to Withdraw Appearance of Counsel ("Mot.," ECF No. 17) brought by Defendants Labcorp Peri-Approval and Commercialization, Inc. and Convenance Market Access Services, Inc. (collectively, "Defendants"). Plaintiff has not filed a response to the Motion. *See generally* Docket.

  "An attorney may not withdraw as counsel except by leave of court, and the decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Beard v. Shuttermart of Cal., Inc.*, No. 07CV594WQH (NLS), 2008 WL 410694, at *2 (S.D. Cal. Feb. 13, 2008) (alterations, citations, and internal quotation marks omitted).

"In ruling on a motion to withdraw as counsel, courts consider: (1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case." *Leatt Corp. v. Innovative Safety Tech., LLC*, No. 09-CV-1301-IEG (POR), 2010 WL 444708, at *1 (S.D. Cal. Feb. 2, 2010) (citing *Beard*, 2008 WL 410694, at *2).

Here, good cause exists to grant Defendants' Motion. Defendants seek to withdraw Kimberly Carter ("Carter") as counsel and remove her from the CM/ECF service list because Carter is no longer with the firm Kelley Drye & Warren LLP (the "Firm"). Mot. at 1. Defendants argue, and the Court agrees, that no prejudice or delay is likely to result from this withdrawal, as the Firm has been and will continue to represent Defendants. *See id.*

Accordingly, the Court **GRANTS** Defendants' Motion. The Clerk of the Court **SHALL** update the docket to reflect the withdrawal of Kimberly Carter as counsel for Defendants and **SHALL** remove her from the CM/ECF service list for this matter.

**IT IS SO ORDERED.**

Dated: December 20, 2023

Hon. Janis L. Sammartino
United States District Judge